IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| LEROY FEARS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 10-315 |
| ) | Judge McVerry |
| ) | Magistrate Judge Bissoon |
| PENNSYLVANIA DEPARTMENT OF ) | |
| CORRECTIONS, *et al.*, ) | |
| ) | |
| Defendant. ) | |

## **MEMORANDUM ORDER**

Leroy Fears's complaint pursuant to 42 U.S.C. § 1983 was removed to this Court from the Court of Common Pleas of Allegheny County, on March 9, 2010, and was referred to United States Magistrate Judge Cathy Bissoon for pretrial proceedings in accordance with the Magistrates Act, 28 U.S.C. § 636(b)(1), and Rules 72.C and 72.D of the Local Rules for Magistrates.

The Magistrate Judge's Report and Recommendation, filed on June 9, 2010, recommended that Plaintiff's Motion for Preliminary Injunction (Doc. 30) be denied. A copy of the Report and Recommendation was served on Plaintiff by First Class United States Mail to his place of incarceration. The parties were allowed until June 29, 2010, to file objections. No objections have been filed.

After de novo review of the pleadings and documents in the case, together with the Report and Recommendation, the following order is entered:

AND NOW, this 23rd day of August, 2010.

IT IS HEREBY ORDERED that Plaintiff's Motion for Preliminary Injunction (Doc. 30) is DENIED. The Report and Recommendation of Magistrate Judge Bissoon (Doc. 31), dated Jun 9, 2010, is adopted as the opinion of the court.

s/Terrence F. McVerry
United States District Court Judge

**Cc:**
**LEROY FEARS**
CQ-7760
S.C.I. at Greene
175 Progress Drive
Waynesburg, PA 15370